# In the United States Court of Federal Claims

No. 10-750 V

**STEPHANIE VINO FIGUEROA,**
as personal representative of the
estate of MANNY FIGUEROA,
deceased

                                                                                    **JUDGMENT**

     v.

**SECRETARY OF THE DEPT.
OF HEALTH AND HUMAN
SERVICES**

      Pursuant to the court's Opinion and Order, filed November 29, 2011, affirming the special master's Decision, filed June 22, 2011,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Appendix B, Vaccine Rule 30, that the petition is dismissed for lack of subject matter jurisdiction. No costs.

                                                         Hazel C. Keahey
                                                         Clerk of Court

**December 20, 2011**                    By:    s/ Debra L. Samler

                                                          Deputy Clerk

NOTE: As to election, 90 days from this or the issuance of the appellate court's mandate, see Appendix B, Rule 33.

As to attorneys' fees and costs, within 21 days of the above election, see Appendix B, Rule 13.

As to petition for review, 60 days from this date, see Appendix B, Rule 32. Petition for review and filing fee of $450.00 should be mailed to the following address: Clerk, U.S. Court of Appeals for the Federal Circuit, 717 Madison Place, NW, Washington, DC 20439.